## STEPHENS ELKHORN FUEL CORPORATION, Appellant,

### v.

### Clifford HAYWOOD et al., Appellees.

Court of Appeals of Kentucky.

Nov. 23, 1960.

C. Kilmer Combs, Combs & Combs, Prestonsburg, for appellant.

Marshall Davidson, Jarvis Allen, Prestonsburg, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment awarding Clifford Haywood and

Okra Haywood $800 damages against Stephens Elkhorn Fuel Corporation.

We have carefully considered the record and we find no errors therein prejudicial to the substantial rights of Stephens Elkhorn Fuel Corporation, appellant herein.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.